PD-0597-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/17/2015 12:49:16 PM
Accepted 12/17/2015 12:50:20 PM
ABEL ACOSTA
CLERK



**DALLAS COUNTY**
**DISTRICT ATTORNEY**
**SUSAN HAWK**

FILED IN
COURT OF CRIMINAL APPEALS

December 17, 2015

December 17, 2015

ABEL ACOSTA, CLERK

**VIA E-FILE**

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

     Re: Shortt, Bernard Winfield
     CCA No. PD-0597-15
     Trial Court Cause No. F07-00193-M

Dear Mr. Acosta:

I will present oral argument in the Court for the above-referenced case on Wednesday, January 13, 2016, at 9:00 a.m.

Sincerely,

/s/Marisa Elmore

Marisa Elmore
Assistant District Attorney
Dallas County, Texas
(214) 653-3629

cc:   Mr. Michael Mowla (via e-file)
      Ms. Lisa McMinn (via e-file)

Frank Crowley Courts Building, 133 N. Riverfront Blvd., LB 19 **(10th floor),** Dallas, Texas 75207-4399 (214) 653-3600